IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RON STEIN, and all others similarly situated,

    Plaintiffs,

v.                                    C.A. No.: 1:19-cv-1100-LY

OFFICE DEPOT, INC.,

    Defendant.

_____/

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Joint Stipulation for Dismissal with Prejudice filed by the Parties.

IT IS ORDERED, that all claims asserted or that could have been asserted by Plaintiffs, RON STEIN and KEVIN MCKENNA, against Defendant, OFFICE DEPOT, INC., in this action are hereby dismissed, **with prejudice**, each Party bearing their own attorney's fees and costs.

Signed this ____9th____ day of ____December____, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE